> Dismissal with prejudice acknowledged [71]. The Clerk is directed to close this case.
>
> /s/ Matthew P. Brookman
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: June 30, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OGRE VENTURES LLC, | ) |
|     *Plaintiff*, | ) |
| *vs.* | ) |
| | ) Case No. 1:23-cv-02041-MPB-TAB OHIO |
| OHIO CASUALTY INSURANCE COMPANY and M F and T NORTH AMERICA LLC, | ) ) ) |
|     *Defendants*. | ) |

**STIPULATION OF DISMISSAL OF CASE**

The undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation to dismiss the case as follows:

Pursuant to the settlement agreement reached by and between Ogre Ventures, LLC and MF and T North America, LLC, all claims by Plaintiffs against MF&T North America, LLC are hereby dismissed, with prejudice, each side to bear their own costs.

IT IS SO STIPULATED.

Date: June 27, 2025                                                          Respectfully submitted,


 _/s/ Michael L. Schultz_____          _/s/ Paige M. Neel_____
Michael L. Schultz                                                   Paige M Neel
PARR RICHEY FRANDSEN                                 Blake W. Buether
PATTERSON KRUSE LLP                                   CLAUSEN MILLER, P.C.
251 N. Illinois Street, Suite 1800                          10 S. LaSalle Suite 1600
Indianapolis, IN 46204                                         Chicago, Illinois 60603
Telephone:        (317) 269-2500                         Telephone: (312) 855-1010
Facsimile:          (317) 269-2514                         Email: Pneel@clausen.com
E-mail: mschultz@parrlaw.com                         Email: Bbuether@clausen.com


*Counsel for Plaintiff, Ogre Ventures LLC*        *Counsel for Defendant, MF and T North America LLC*

1

11767533.1